```
RANDY SUE POLLOCK (CSBN 64493
Law Offices of Randy Sue Pollock
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Tel: (510)  763-9967
Fax: (510)  380-6551
rsp@rspollocklaw.com

Attorney for Defendant
MELINA ESCALANTE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OSCAR ESCALANTE, et al.,<br><br>　　　　　Defendants<br>_____/ | No. CR.  16-382-HSG [KAW]<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE DATE FOR POSTING OF PROPERTY BOND**<br>_____ |

　　　Defendant Melina Escalante, by and through her counsel of record Randy Sue Pollock, and Assistant United States Attorney Frank Riebli hereby stipulate and agree that the date for posting a property bond to secure Mrs. Escalante's bond be extended from Friday, October 21, 2016 at 9:30 a.m. to November 18, 2016, at 9:30 a.m.

///

///

///

///

///

This extension is based on the surety's need to work with a new financial lender in order to obtain her re-financing.  Additionally, defense counsel will be out of the country from October 25, 2016 through November 10, 2016.

Date: October 17, 2016                                   Respectfully submitted,

                                                        /s/
                                       RANDY SUE POLLOCK
                                       Counsel for Defendant
                                       Melina Escalante

Date: October 17, 2016                                                      /s/
                                       FRANK RIEBLI
                                       Assistant United States Attorney

SO ORDERED: 10/18/16

*/s/ Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge

2