RANDY SUE POLLOCK (CSBN 64493
Law Offices of Randy Sue Pollock
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
MELINA ESCALANTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>OSCAR ESCALATE, et al.,<br><br>    Defendants | No. CR. 16-00382 HSG [JSC]<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO PERMIT OUT-OF-DISTRICT TRAVEL FOR CHRISTMAS** |

Defendant Melina Escalante, by and through her counsel of record Randy Sue Pollock, and Assistant United States Attorney Frank Riebli, hereby stipulate that Mrs. Escalate may travel to Stockton to spend Christmas Eve (December 24, 2016)from 5pm-11pm at her mother's home.

Co-defendant Ignacio Gonzalez, Mrs. Escalante's brother, who resides with their mother in Stockton, may be present when Mrs. Escalante is at their mother's home but they must not discuss the pending case.

Counsel for Mr. Gonzalez, John Jordan, has advised his client that he must not discuss the case with Mrs. Escalante and he has authorized defense counsel to agree to this condition.

Pretrial Services Officer Victoria Gibson has no objection to this modification for Christmas Eve.

Additionally, the posting of the property bond for Melina Escalante shall be extended to January 13, 2016.

Date: December 23, 2016
                                        /s/
                                 RANDY SUE POLLOCK
                                 Counsel for Defendant
                                 Melina Escalante

Date: December 23, 2016
                                        /s/
                                 FRANK RIEBLI
                                 Assistant United States Attorney

**SO ORDERED:**

Date: 1/19/17
                                 United States Magistrate Judge