RANDY SUE POLLOCK (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
MELINA ESCALANTE

GAIL SHIFMAN (CSBN 147334)
2431 Fillmore Street
San Francisco, CA 94115
Tel: (415) 551-1500
Fax: (415) 551-1502
gail@shifmangroup.com

JOHN JORDAN (CSBN 175678)
601 Montgomery Street, Ste. 850
San Francisco, CA 94111
Tel: (415) 391-4814
Fax: (415) 391-4308
jjordanesq@aol.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. 16-382-HSG [KAW] |
| Plaintiff, | |
| vs. | **STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY CONDITIONS OF RELEASE** |
| OSCAR ESCALANTE, et al., | |
| Defendants / | |

Defendants Melina Escalante, by and through her counsel of record Randy Sue Pollock, Ignacio Gonzalez, by and through his counsel of record John Jordan, Alfredo Ortiz, by and through his counsel of record Gail Shifman and Assistant United States

Attorney Frank Riebli hereby stipulate and agree that each defendant's bond may be modified to permit them to be together for the following two family celebrations:

1. April 16, 2017, Easter, for a family picnic in Concord from 11 am-7pm;

2. June 9, 2017, from 5pm-11:15 pm to celebrate the graduation of defendant Melina Escalante's daughter from Liberty High School in Brentwood.

At both of these gatherings, Ms. Escalante, Mr. Gonzalez and Mr. Ortiz agree that they will not discuss the pending criminal charges with each other.

Pretrial Services Officer Victoria Gibson has no objection to this limited modification for Melina Escalante and Pretrial Services Officer Tim Elder has no objection to this limited modification for Ignacio Gonzalez and Alfredo Ortiz.

Date: April 12, 2017      Respectfully submitted,

_____/s/_____
RANDY SUE POLLOCK
Counsel for Melina Escalante

Date: April 12, 2017      _____/s/_____
GAIL SHIFMAN
Counsel for Alfredo Ortiz

Date: April 12,,2017      _____/s/_____
JOHN JORDAN
Counsel for Ignacio Gonzalez

Date: April 12, 2017      _____/s/_____
FRANK RIEBLI
Assistant United States Attorney

SO ORDERED: 4/13/17      _____
KANDIS A. WESTMORE
United States Magistrate Judge

2