RANDY SUE POLLOCK (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
**MELINA ESCALANTE**

GAIL SHIFMAN (CSBN 147334)
2431 Fillmore Street
San Francisco, CA 94115
Tel: (415) 551-1500
Fax: (415) 551-1502
gail@shifmangroup.com

Attorney for Defendant
**ALFREDO ORTIZ**

JOHN JORDAN (CSBN 175678)
601 Montgomery Street, Ste. 850
San Francisco, CA 94111
Tel: (415) 391-4814
Fax: (415) 391-4308
jjordanesq@aol.com

Attorney for Defendant
**IGNACIO GONZALEZ**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR ESCALANTE, et al.,<br><br>Defendants. | No. CR. 16-382-HSG [KAW]<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |

    Defendants Melina Escalante, by and through her counsel of record Randy Sue Pollock, Ignacio Gonzalez, by and through his counsel of record John Jordan, Alfredo Ortiz, by and through his counsel of record Gail Shifman and Assistant United States Attorney Frank Riebli hereby stipulate and agree that each defendant's bond may be

STIPULATION AND PROPOSED ORDER TO MODIFY CONDITIONS OF RELEASE

modified to permit them to be together for the following two family celebrations:

1. May 31, 2017, nephew's graduation at 2725 Michigan Avenue, Stockton, CA for the entire day;

2. June 9, 2017, from 5 p.m. to 11 p.m to celebrate the graduation of defendant Melina Escalante's daughter from Liberty High School in Brentwood;

3. June 10, 2017, for a family celebration celebrating the graduation, in Stockton, all day.

At each of these gatherings, Ms. Escalante, Mr. Gonzalez and Mr. Ortiz agree that they will not discuss the pending criminal charges with each other.

As part of this stipulation, Ms. Escalante requests permission to travel out of district to Stockton on May 31, 2017 and June 10, 2017.

Likewise, as part of this stipulation Ignacio Gonzalez requests permission to travel to Brentwood for the graduation on June 9th, Alfredo Ortiz and requests permission to travel to Stockton on May 31, 2017 and June 10, 2017.

Pretrial Services Officer Victoria Gibson has no objection to this limited modification for Melina Escalante and Pretrial Services Officer Tim Elder has no objection to this limited modification for Ignacio Gonzalez and Alfredo Ortiz.

Date: May 23, 2017  Respectfully submitted,

/s/
RANDY SUE POLLOCK
Counsel for Melina Escalante

Date: May 23, 2017  /s/
GAIL SHIFMAN
Counsel for Alfredo Ortiz

Date: May 23, 2017  /s/
JOHN JORDAN
Counsel for Ignacio Gonzalez

Date: May 23, 2017  /s/
FRANK RIEBLI
Assistant United States Attorney

SO ORDERED:

Dated: 5/24/17

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge