RANDY SUE POLLOCK (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
**MELINA ESCALANTE**

GAIL SHIFMAN (CSBN 147334)
2431 Fillmore Street
San Francisco, CA 94115
Tel: (415) 551-1500
Fax: (415) 551-1502
gail@shifmangroup.com

Attorney for Defendant
**ALFREDO ORTIZ**

JOHN JORDAN (CSBN 175678)
601 Montgomery Street, Ste. 850
San Francisco, CA 94111
Tel: (415) 391-4814
Fax: (415) 391-4308
jjordanesq@aol.com

Attorney for Defendant
**IGNACIO GONZALEZ**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No. CR. 16-382-HSG [KAW]** |
| Plaintiff, | |
| vs. | **STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY CONDITIONS OF RELEASE** |
| OSCAR ESCALANTE, et al., | _____ |
| Defendants | |
| _____/ | |

      Defendants Melina Escalante, by and through her counsel of record Randy Sue Pollock, Ignacio Gonzalez, by and through his counsel of record John Jordan, Alfredo

Ortiz, by and through his counsel of record Gail Shifman and Assistant United States Attorney Frank Riebli hereby stipulate and agree that each defendant's bond may be modified to permit them to be together for the following family celebration:

A family picnic on July 4, 2017 at Cull Canyon Park in Castro Valley.

At this gathering, Ms. Escalante, Mr. Gonzalez and Mr. Ortiz agree that they will not discuss the pending criminal charges with each other.

As part of this stipulation, Ignacio Gonzalez requests permission to travel from the Eastern District of California to the Northern District of California on July 4th.

Pretrial Services Officer Victoria Gibson has no objection to this limited modification for Melina Escalante and Pretrial Services Officer Tim Elder has no objection to this limited modification for Ignacio Gonzalez and Alfredo Ortiz.

Date: June 27, 2017

Respectfully submitted,

_____/s/_____
RANDY SUE POLLOCK
Counsel for Melina Escalante

Date: June 27, 2017

_____/s/_____
GAIL SHIFMAN
Counsel for Alfredo Ortiz

Date: June 27, 2017

_____/s/_____
JOHN JORDAN
Counsel for Ignacio Gonzalez

Date: June 27, 2017

_____/s/_____
FRANK RIEBLI
Assistant United States Attorney

**SO ORDERED**: 6/30/17

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2