RANDY SUE POLLOCK (CSBN 64493
Law Offices of Randy Sue Pollock
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
MELINA ESCALANTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No. CR. 16-382-HSG [KAW]** |
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE BOND** |
| OSCAR ESCALANTE, et al., | |
| Defendants | |

    Randy Sue Pollock, counsel for defendant Melina Escalante, and Assistant United States Attorney Frank Riebli hereby stipulate and agree that Mrs. Escalante's travel restriction shall be modified to permit her to travel to the Eastern District of California to visit with her mother at 2761 Debrah Lane in Stockton. Each visit shall be with the prior approval of Pretrial Services.

///
////
///
///

This modification is agreed due to the fact that Mrs. Escalante's mother resides in Stockton and she and her children wish to visit their extended family.

Date: October 17, 2017  _____/s/_____
RANDY SUE POLLOCK
Counsel for Defendant
Melina Escalante

Date: October 17, 2017  _____/s/_____
FRANK RIEBLI
Assistant United States Attorney

PURSUANT TO STIPULATION IT IS SO ORDERED

Date: October 17, 2017  _____
KANDIS A. WESTMORE
United States District Court Magistrate