RANDY SUE POLLOCK (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
**MELINA ESCALANTE**

JOHN JORDAN (CSBN 175678)
601 Montgomery Street, Ste. 850
San Francisco, CA 94111
Tel: (415) 391-4814
Fax: (415) 391-4308
jjordanesq@aol.com

Attorney for Defendant
**IGNACIO GONZALEZ**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No. CR. 16-382-HSG [KAW]** |
| Plaintiff, | |
| vs. | **STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY CONDITIONS OF RELEASE FOR DEFENDANTS MELINA ESCALANTE AND IGNACIO GONZALEZ** |
| OSCAR ESCALANTE, et al., | |
| Defendants / | |

Defendants Melina Escalante, by and through her counsel of record Randy Sue Pollock and Ignacio Gonzalez, by and through his counsel of record John Jordan and Assistant United States Attorney Frank Riebli hereby stipulate and agree that each defendant's bond may be modified to permit them to be together when Mrs. Escalante visits her mother in Stockton. Mr. Gonzalez, Mrs. Escalante's brother, resides with their mother in Stockton. They are instructed not to discuss this case when they are together.

In addition to being able to visit her mother, Mrs. Escalante can also visit her sister in the EDCA.

Pretrial Services Officer Victoria Gibson has no objection to this limited modification for Melina Escalante and Pretrial Services Officer Tim Elder has no objection to this limited modification for Ignacio Gonzalez.

Date: November 1, 2017          Respectfully submitted,

                                _____/s/_____
                                RANDY SUE POLLOCK
                                Counsel for Melina Escalante

Date: November 1, 2017          _____/s/_____
                                JOHN JORDAN
                                Counsel for Ignacio Gonzalez

Date: November 1, 2017          _____/s/_____
                                FRANK RIEBLI
                                Assistant United States Attorney

## SO ORDERED:

November 2
~~October~~____, 2017           _____
                                KANDIS A. WESTMORE
                                United States Magistrate Judge