JOHN J. JORDAN, ESQ.   (Cal. State Bar No. 175678)
601 Montgomery Street, Suite 850
San Francisco, CA   94111
(415) 391-4814
(415) 391-4308 (FAX)
jjordanesq@aol.com

Attorney for Defendant
IGNACIO GONZALEZ

RANDY SUE POLLOCK (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
MELINA ESCALANTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>OSCAR ESCALANTE, et. al.,<br><br>  Defendant. | No. CR-16-382-HSG [KAW]<br><br>**STIPULATED MOTION AND PROPOSED ORDER TO ALLOW DEFENDANTS TO VISIT TOGETHER FOR THE CHRISTMAS/NEW YEAR HOLIDAYS**<br><br>No Hearing Requested |

   1. Defendants Melina Escalante, by and through her counsel of record Randy Sue Pollock; Ignacio Gonzalez, by and through his counsel of record John Jordan; and Assistant United States Attorney Frank Riebli; hereby stipulate and agree that each defendants' bond may be modified to permit them to be together with their mother and other family members for the Christmas and New Years Holidays.

   2.   The defendants shall be permitted to travel to and celebrate Christmas Eve, December 24, 2017, and Christmas Day,

December 25, 2017, at the residence of their sister Marisol in Richmond, California, in the Northern District of California, on the understanding that co-defendant Jorge Gomez will not be present.

    3. Ignacio Gonzalez shall be permitted to travel to Melina Escalante's residence in Discovery Bay, California, in the Northern District of California, in order to attend the family celebration on New Years Eve, December 31, 2017, and New Years Day, January 1, 2018.

    4. The defendants are instructed not to discuss this case when they are together.

Pretrial Services Officer Victoria Gibson has no objection to this limited modification for Melina Escalante and Pretrial Services Officer Tim Elder has no objection to this limited modification for Ignacio Gonzalez.

Date: December 21, 2017    Respectfully submitted,

                                          _____/s/_____
                                          RANDY SUE POLLOCK
                                          Counsel for Melina Escalante

Date: December 21, 2017            _____/s/_____
                                          JOHN JORDAN
                                          Counsel for Ignacio Gonzalez

Date: December 21, 2017            _____/s/_____
                                          FRANK RIEBLI
                                          Assistant United States Attorney

SO ORDERED: 12/21/17            _____
                                          KANDIS A. WESTMORE
                                          United States Magistrate Judge