JOHN J. JORDAN, ESQ.   (Cal. State Bar No. 175678)
601 Montgomery Street, Suite 850
San Francisco, CA   94111
(415) 391-4814
(415) 391-4308 (FAX)
jjordanesq@aol.com

Attorney for Defendant
IGNACIO GONZALEZ

RANDY SUE POLLOCK (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
MELINA ESCALANTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-16-382-HSG [KAW] |
| Plaintiff, ) | |
| ) | **STIPULATED MOTION AND** |
| v. ) | ~~**PROPOSED**~~ **ORDER TO AMEND** |
| ) | **PRETRIAL RELEASE CONDITIONS** |
| OSCAR ESCALANTE, et. al., ) | **TO ALLOW CONTACT BETWEEN** |
| ) | **IGNACIO GONZALEZ AND MELINA** |
| Defendant. ) | **ESCALANTE** |
| ) | |
| ) | No Hearing Requested |

1. Defendants Melina Escalante, by and through her counsel of record Randy Sue Pollock; Ignacio Gonzalez, by and through his counsel of record John Jordan; and Assistant United States Attorney Frank Riebli; hereby stipulate and agree that each defendants' bond may be modified to permit them to visit each other post-plea.

2.   Both defendants have entered pleas of guilty in satisfaction of the charges pending against them in this case,

and are released on bail pending sentencing. In light of this development, the concern of the co-defendants discussing the facts of their case has significantly lessened.

3. The parties now agree that Ignacio Gonzalez and Melina Escalante, in light of their family ties, may be in each other's company up to the time of sentencing.

4. Pretrial Services Officer Victoria Gibson has no objection to this limited modification for Melina Escalante and Pretrial Services Officer Tim Elder has no objection to this limited modification for Ignacio Gonzalez.

Accordingly, the parties ask that the Court order that the bond for defendants Ignacio Gonzalez and Melina Escalante may be modified to permit them visit each other post-plea.

Date: March 14, 2018           Respectfully submitted,

                               */s/ Randy Sue Pollock*
                               RANDY SUE POLLOCK
                               Counsel for Melina Escalante

Date: March 14, 2018           */s/ John J. Jordan*
                               JOHN J. JORDAN
                               Counsel for Ignacio Gonzalez

Date: March 14, 2018           */s/ Frank Riebli*
                               FRANK RIEBLI
                               Assistant United States Attorney


SO ORDERED: 3/19/18            _____
                               KANDIS A. WESTMORE
                               United States Magistrate Judge