RANDY SUE POLLOCK (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
**MELINA ESCALANTE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No. CR. 16-382-HSG** |
| Plaintiff, | |
| vs. | **ORDER TO EXONERATE PROPERTY BOND** |
| OSCAR ESCALANTE, et al., | |
| Defendant / | |

Following defendant Melina Escalante's sentencing and placement on supervised release, IT IS HEREBY ORDERED that the appearance bond secured by real property owned by Esther Lopez, located at 16023 Via Harriet, San Lorenzo, CA 94580, is EXONERATED and a deed of reconveyance shall issue.

# SO ORDERED:

August 14, 2018

United States District Judge