RANDY SUE POLLOCK (CSBN 64493
Law Offices of Randy Sue Pollock
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
MELINA ESCALANTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

−oOo−

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No. CR. 16-382-HSG** |
| Plaintiff, | |
| vs. | **REQUEST TO TRAVEL OUT-OF-DISTRICT; ORDER** |
| OSCAR ESCALANTE, et al., | |
| Defendants / | |

    Defendant Melina Escalante, by and through her counsel of record Randy Sue Pollock, respectfully requests permission to travel to the Central District of California from September 22 through September 24 in order to take her daughter to the University of California at Riverside for the beginning of the school semester. Mrs. Escalante will provide Pretrial Services with a detailed itinerary prior to her trip.

///

///

///

///

Mrs. Escalante was placed on probation on August 13th and her supervising probation officer Rich Brown has no objection to this travel.

Date: September 12, 2018     Respectfully submitted,

_____/s/_____
RANDY SUE POLLOCK
Counsel for Defendant
Melina Escalante

**SO ORDERED**. Mrs. Escalante will provide **Probation** with a detailed itinerary prior to her trip.

Dated: 9/13/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge